AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Holloway, Jr., William J. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>07/08/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, Oklahoma 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors. | The Historical Society of the Tenth Judicial Circuit |
| 2. Monthly phone conferences and infrequent face-to-face meetings. | (No Compensation) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 JUL -9 A 9:55 RECEIVED JUDICIAL DISCLOSURE OFFICE

Holloway Jr., William J.

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 07/08/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 07/08/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 07/08/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. O.G.E. Energy Corp.(Common Stock) | B | Dividend | K | T | None | | | | |
| 2. AT&T, Inc.(was SBC)((Common Stock)acquired Bell South | D | Dividend | M | T | | | | | |
| 3. Bell South (Acquired by AT&T Inc.) | | None | | | None | | | | Acquired by AT&T 2007 |
| 4. First State Bank, Pond Creek, OK (Common Stock) | B | Dividend | K | W | | | | | |
| 5. ▓▓▓▓▓▓▓ summer cabin, Chaffee Cnty,CO | | None | K | W | None | | | | |
| 6. IRA Acct/w BankOne closed.(Y) | | | | | | | | | |
| 7. Maple Leaf Gold Coins | | None | J | W | None | | | | |
| 8. Checking & Saving Accts. BankOne (now Chase) | A | Interest | M | T | None | | | | |
| 9. Lucent Technologie , Inc. (now Alcatel Lucent)(Common Stock) | | None | J | T | | | | | |
| 10. NCR Corp. | | None | J | T | | | | | |
| 11. U.M.B. Money Market | B | Interest | L | T | | | | | |
| 12. Bank of Oklahoma (Checking Account) | B | Interest | M | T | | | | | |
| 13. Vodafone Group PLC | A | Dividend | J | T | None | | | | |
| 14. NBC Bank(Oklahoma City) | C | Interest | M | T | | | | | |
| 15. Verizon Communications, Inc.(formerly Bell South) | C | Dividend | L | T | | | | | |
| 16. LSI (Previously Agere) | | None | J | T | | | | | |
| 17. Mass Mutual Ins. Policy | A | Dividend | J | T | | | | | Cash Surrender Value |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 07/08/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New York Life Ins.(2 policies) | A | Dividend | J | T | | | | | Cash surrender value |
| 19. Avaya (Y) | | | | | | | | | |
| 20. Comcast | A | Dividend | J | T | | | | | AT&T broadband merged |
| 21. Idearc | A | Dividend | J | T | | | | | Spinoff from Verizon |
| 22. Teradata Corporation (X) | | None | J | T | | | | | Spinoff from NCR |
| 23. MINERAL INTERESTS | | | | | | | | | |
| 24. 1/2 Interest, Graham Co. KS, Sec 19 | A | Royalty | J | W | | | | | |
| 25. 1/2 Interest, Graham Co. KS, Sec 16 | A | Royalty | J | W | | | | | |
| 26. 1/2 Interest, Graham Co. KS, Sec 18 | A | Royalty | J | W | | | | | |
| 27. 1/2 Interest, Kearny Co. KS, Sec 36 | A | Royalty | K | W | | | | | |
| 28. 1/2 Interest, Kearny Co. KS, Sec 26 | | None | J | W | | | | | |
| 29. 1/2 Interest, Kearny Co. KS, Sec. 24 | A | Royalty | K | W | | | | | |
| 30. 1/2 Interest, Kearny Co. KS. Sec 19 | A | Royalty | K | W | | | | | |
| 31. 1/2 Interest, Kearny Co. KS, Sec. 18 | A | Royalty | K | W | | | | | |
| 32. 1/2 Interest, Kearny Co, K, Sec. 25 | A | Royalty | K | W | | | | | |
| 33. 1/2 Interest, Kearny Co. KS, Sec 13 | A | Royalty | K | W | | | | | |
| 34. 1/2 Interest, Kearny Co. Ks, Sec 35 | A | Royalty | K | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000.001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 07/08/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1/2 Interest, Kingman Co. Ks Sec. 36 | A | Royalty | K | W | | | | | |
| 36. 1/2 Interest Kingman Co. KS, Sec 2 | A | Royalty | K | W | | | | | |
| 37. 1/2 Interest Kingman Co. KS, Sec 14 | A | Royalty | K | W | | | | | |
| 38. 1/2 Interest, Kingman Co. KS, Sec 14 & 23 | A | Royalty | K | W | | | | | |
| 39. 1/2 Interest, Kingman Co. KS, Sec 27 | A | Royalty | K | W | | | | | |
| 40. 1/2 Interest Morton Co. Ks, Sec 17 | A | Royalty | K | W | | | | | |
| 41. 1/2 Interest Norton Co. KS, Sec 24 | | None | J | W | | | | | |
| 42. 1/2 Interest Rawlins Co. KS, Sec 9 | A | Royalty | J | W | | | | | |
| 43. 1/2 Interest Reno Co. KS, Sec 1 | A | Royalty | J | W | | | | | |
| 44. 1/2 Interest Riley Co. KS, Sec 25 | A | Royalty | J | W | | | | | |
| 45. 1/2 Interest Rooks Co. KS, Sec 7 | A | Royalty | J | W | | | | | |
| 46. 1/2 Interest Rooks Co. KS, Sec 27 | A | Royalty | J | W | | | | | |
| 47. 1/2 Interest Sedgwick Co., KS, Sec. 6 | A | Royalty | J | W | | | | | |
| 48. 1/2 Interest Sedgwick Co., KS, Sec 29, 30 & 31 | A | Royalty | J | W | | | | | |
| 49. 1/2 Interest Stafford Co. KS Sec 21 & 22 | A | Royalty | J | W | | | | | |
| 50. ROYALTY INTERESTS | | | | | | | | | |
| 51. 1/2 Interest Barton Co. KS, Sec 20 | | None | J | W | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,000 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 07/08/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  1/2 Interest Ellis Co., KS, Sec. 10 & 11 | | None | J | W | | | | | |
| 53.  1/2 Interest Carson Co., TX, Sec. 4 | A | Royalty | J | W | | | | | |
| 54.  1/2 Interest Gray Co., TX, Sec 33 | A | Royalty | J | W | | | | | |
| 55.  1/2 Interest Garvin Co., OK Sec. 36 | | None | J | W | | | | | |
| 56.  1/2 Interest Logan Co. OK, Sec 10 | A | Royalty | K | W | | | | | See Part VIII, No. 2 |
| 57.  1/2 Interest Logan Co. OK, Sec 32 | A | Royalty | K | W | | | | | See Part VIII, No. 2 |
| 58.  1/2 Interest Logan Co. OK Sec 34 | A | Royalty | K | W | | | | | See Part VIII, No. 2 |
| 59.  1/2 Interest Logan Co. OK Sec. 33 | A | Royalty | K | W | | | | | See Part VIII, No. 2 |
| 60.  1/2 Interest Logan Co. OK Sec. 35 | A | Royalty | K | W | | | | | See Part VIII, No. 2 |
| 61.  1/2 Interest Pontotoc Co. OK, Sec 35 | A | Royalty | J | W | | | | | |
| 62.  1/2 Interest Pontotoc Co. OK, Sec 33 | A | Royalty | J | W | | | | | |
| 63.  1/2 Interest Pontotoc Co. OK, Sec 28 | A | Royalty | J | W | | | | | |
| 64.  1/2 Interest Pontotoc Co. OK, Sec 21 | A | Royalty | J | W | | | | | |
| 65.  1/2 Interest Pontotoc Co. OK, Sec 18 | A | Royalty | J | W | | | | | |
| 66.  1/2 Interest Pontotoc Co. OK, Sec 16 | A | Royalty | J | W | | | | | |
| 67.  1/2 Interest Woods Co. OK, Sec 6 | A | Royalty | J | W | | | | | |
| 68.  1/2 Interest Woodward Co., OK Sec 7 | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 07/08/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 1/2 Interest Logan Co. OK, Sec. 11 | A | Royalty | K | W | | | | | |
| 70. 1/3 Interest Grant Co., OK Sec. 3 | | None | J | W | | | | | |
| 71. 1/2 Interest Woods Co., OK, Sec. 32 | A | Royalty | K | W | | | | | |
| 72. 1/2 Interest Woods Co., OK, Sec 19 | D | Royalty | K | W | | | | | |
| 73. 1/3 Interest Garfield Co, OK Sec 25 (X) | | None | J | W | | | | | |
| 74. REAL ESTATE | | | | | | | | | |
| 75. 1/2 Interest, Enid, OK, Lot 5 (Y) | | None | K | W | | | | | |
| 76. 1/2 Interest, Enid, OK, Lot 6 (Y) | | None | K | W | | | | | |
| 77. 1/2 Interest, Enid, OK, Lot 7 (Y) | | None | K | W | | | | | |
| 78. 1/2 Interest, Enid, OK, Lot 8 (Y) | | None | K | W | | | | | |
| 79. LEASE BONUSES | | | | | | | | | |
| 80. Logan County, Okla. | | None | J | W | | | | | |
| 81. Woods County, Okla. | | None | J | W | | | | | |
| 82. Blaine County, Okla. | | None | M | W | | | | | |
| 83. Woods County, Okla. | | None | J | W | | | | | |
| 84. Woods County, Okla. | C | Royalty | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 07/08/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Date of Report:  Judge Holloway was granted an extension of time to file this report until July 15, 2010.

PART VII: INVESTMENTS AND TRUSTS

2. Payments from Chesapeake totaled ▓▓▓▓ for Logan and Woods Counties, Oklahoma. This was divided among Se tions 10, 32, 34, 33, and 35. In addition, there was a check for ▓▓▓ from Sunoco covering royalties in Logan and Pontotoc Counties, Oklahoma.

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 07/08/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544